UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON R. WHITE,

       Plaintiff,

vs              9:09-CV-240

BRIAN FISCHER, Commissioner, Dept. of
Correctional Services; THERESA A.
KNAPP-DAVID, Director, Classification and
Movement; and R. WOODS, Superintendent,
Upstate Correctional Facility,

       Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| JASON R. WHITE<br>Plaintiff, pro se<br>96-B-1280<br>Elmira Correctional Facility<br>Box 500<br>Elmira, NY 14902 | |
| HON. ANDREW M. CUOMO<br>Attorney General of the<br> State of New York<br>Attorney for Defendants<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | BRIAN J. O'DONNELL, ESQ.<br>Asst. Attorney General |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff, Jason R. White, commenced this civil rights action in February 2009, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated January 25, 2009, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendant's motion to dismiss (Dkt. No. 10) be granted, and that plaintiff's complaint in this

action be dismissed without leave to replead.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendant's motion to dismiss (Dkt. No. 10) is GRANTED;

2.  Plaintiff's complaint in this action is DISMISSED without leave to replead; and

3.  The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   February 18, 2010
         Utica, New York.

_____
United States District Judge